UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
BLAKE HUNT,

                                    Plaintiff,

       -against-

1667 FIRST GOTHAM PIZZA INC. AND
356 EAST 87TH STREET REALTY LLC,

                                   Defendants.
-------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:22-cv-10626

## NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Blake Hunt by his counsel, hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice and without costs against the Defendants <u>1667 First Gotham Pizza Inc. and 356 East 87th Street Realty LLC.</u>

Dated: New York, New York
        May 15, 2023

                                              LAW FIRM OF OMANSKY & RODRIGUEZ, PC

                                              By: _____
                                              Lawrence Omansky
                                              305 Broadway, 7th Floor
                                              New York, New York 10007
                                              Tel: (212) 571-6658
                                              Email: lomanskylaw@gmail.com
                                              *Attorneys for Plaintiff*